UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Max Haas,                )<br>                                          )<br>                                          )<br>     Plaintiff(s),                   )<br>                                          )<br>          vs.                          )<br>                                          )<br>Gull Lake Marine Center, Inc.,  )<br>                                          )<br>                                          )<br>     Defendant(s)              ) | Case No. 4:13-cv-02336 CEJ |

## ORDER

The above styled and numbered case was filed on November 20, 2013 and randomly assigned to the Honorable Carol E. Jackson , United States District Judge.

After a review of the case, the Clerk's Office determined that the case was opened incorrectly.  The case should have been assigned to the Southeastern Division.  Accordingly,

**IT IS HEREBY ORDERED** that the case is transferred to the Southeastern Division and randomly assigned to the Honorable Lewis M. Blanton, United States Magistrate Judge, under cause number 1:13-cv-00170.  **IT IS FURTHER ORDERED** that cause number 4:13-cv-02336 CEJ be administratively closed.

Dated this 21st day of November, 2013.          JAMES G. WOODWARD
                                                                              Clerk of Court

                                                                              By: /s/ Michele Crayton
                                                                                    Deputy In Charge

**Please note the new case number: 1:13cv00170 LMB.**