UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Max Haas, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) Case No. 4:13-cv-02336 CEJ |
| vs. | ) |
| | ) |
| Gull Lake Marine Center, Inc., | ) |
| | ) |
| Defendant(s) | ) |

## **ORDER**

The above styled and numbered case was filed on November 20, 2013 and randomly assigned to the Honorable Carol E. Jackson , United States District Judge.

After a review of the case, the Clerk's Office determined that the case was opened incorrectly. The case should have been assigned to the Southeastern Division. Accordingly,

**IT IS HEREBY ORDERED** that the case is transferred to the Southeastern Division and randomly assigned to the Honorable Lewis M. Blanton, United States Magistrate Judge, under cause number 1:13-cv-00170. **IT IS FURTHER ORDERED** that cause number 4:13-cv-02336 CEJ be administratively closed.

Dated this 21st day of November, 2013.    JAMES G. WOODWARD
　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Michele Crayton
　　　　　　　　　　　　　　　　　　　　　　　　　Deputy In Charge

**Please note the new case number: 1:13cv00170 LMB.**